IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUAN C. CALDERON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-1154 |
| | ) | |
| K. MANCIAS, and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On December 17, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation and is filed in the correct district.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 28th day of September, 2026.

William L. Osteen, Jr.
United States District Judge